# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ASIE J. CROWN & JEANNETTE M. CROWN  
8358 N. CANARY DRIVE  
STILLMAN VALLEY, IL 61084  

Case Number: 06-72222  
SSN-xxx-xx-5093 & xxx-xx-1089  

Case filed on: 11/26/2006  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,185.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 2,500.00 | 2,500.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,200.00 | 0.00 |
| 024 | ASIE J. CROWN | 0.00 | 0.00 | 834.57 | 0.00 |
| 999 | ASIE J. CROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 834.57 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROCK VALLEY FEDERAL CREDIT UNION | 22,139.43 | 22,000.00 | 0.00 | 0.00 |
|  | Total Secured | 22,139.43 | 22,000.00 | 0.00 | 0.00 |
| 001 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROCK VALLEY FEDERAL CREDIT UNION | 0.00 | 128.28 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 13,425.78 | 12,351.72 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 29,675.35 | 27,301.32 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 5,802.65 | 5,338.44 | 0.00 | 0.00 |
| 008 | B-LINE LLC | 12,574.39 | 11,568.44 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 13,386.88 | 12,315.93 | 0.00 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 5,622.07 | 5,172.30 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 11,259.91 | 10,359.12 | 0.00 | 0.00 |
| 012 | GE CONSUMER FINANCE | 639.30 | 588.16 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 495.10 | 455.49 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 14,464.33 | 13,307.18 | 0.00 | 0.00 |
| 015 | ALLIED BUSINESS ACCOUNTS INC | 17,295.46 | 15,911.82 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 2,791.26 | 2,567.96 | 0.00 | 0.00 |
| 017 | GE CONSUMER FINANCE | 716.84 | 659.49 | 0.00 | 0.00 |
| 018 | B-LINE LLC | 12,921.21 | 11,887.51 | 0.00 | 0.00 |
| 019 | B-LINE LLC | 2,166.68 | 1,993.35 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 4,386.45 | 4,035.53 | 0.00 | 0.00 |
| 021 | LVNV FUNDING LLC | 426.65 | 392.52 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 9,277.91 | 8,535.68 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 3,023.73 | 2,781.83 | 0.00 | 0.00 |
|  | Total Unsecured | 160,351.95 | 147,652.07 | 0.00 | 0.00 |
|  | Grand Total: | 184,991.38 | 172,152.07 | 3,034.57 | 0.00 |

Total Paid Claimant:    $3,034.57  
Trustee Allowance:    $150.43  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007        By /s/Heather M. Fagan